**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7010**
_____

SHANDA L. GILYARD,

                Plaintiff - Appellant,

      v.

WESTERN TIDEWATER REGIONAL JAIL; SUPERINTENDENT MR. SIMON, Superintendent of facility; ANTONIO PARHAM, Captain of Security,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:11-cv-00189-MSD-FBS)

_____

Submitted: January 31, 2012      Decided: February 2, 2012

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shanda L. Gilyard, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shanda L. Gilyard appeals the district court's order dismissing without prejudice her 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gilyard v. W. Tidewater Reg'l Jail, No. 2:11-cv-00189-MSD-FBS (E.D. Va. filed July 11, 2011 & entered July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED